UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WALKER,<br><br>             Plaintiff,<br><br>v.<br><br>MARTHA GAMBLE D/B/A THE<br>APPLE PAN, et al.,<br><br>             Defendants. | Case No. CV 20-00216 AB (JCx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  April 13, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE